1   Robert S. Green (State Bar No. 136183)
    **GREEN & JIGARJIAN LLP**
2   235 Pine Street, 15th Floor
    San Francisco, CA 94104
3   Telephone: (415) 477-6700
    Facsimile: (415) 477-6710
4
    [Proposed] Liaison Counsel
5
    Stuart L. Berman
6   Darren J. Check
    Sean M. Handler
7   **SCHIFFRIN & BARROWAY, LLP**
    Three Bala Plaza East, Suite 400
8   Bala Cynwyd, PA 19004
    Telephone: (610) 667-7706
9   Facsimile: (610) 667-7056
10  [Proposed] Lead Counsel

11                  **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14  _____        )   Master File No. C-04-3009-JSW
                                            )
15  IN RE SALESFORCE.COM, INC.              )   [PROPOSED] ORDER
    SECURITIES LITIGATION                   )   APPOINTING CHUO ZHU AS
16  _____        )   LEAD PLAINTIFF AND
                                            )   APPOINTING LEAD COUNSEL
17  This Document Relates To:               )
                                            )
18  ALL ACTIONS                             )
    _____        )

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPOINTING LEAD COUNSEL
Master File No. C-04-3009-JSW

1    WHEREAS, the above-captioned consolidated action is pending before this Court;

2    WHEREAS, the plaintiffs in the above-captioned consolidated action allegedly purchased

3    or otherwise acquired Salesforce.com, Inc. securities during the period of June 21, 2004 through July

4    21, 2004 (the "Class Period"), and have alleged, among other things, violations of Sections 10(b) and

5    20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 promulgated

6    thereunder against defendants Salesforce.com, Inc. and certain officers and directors;

7    WHEREAS, on July 26, 2004, pursuant to Section 21D(a)(3)(A)(i) of the Exchange Act, 15

8    U.S.C. § 78(a)(3)(A)(i), plaintiff in the action entitled Morrison v. Salesforce.com, Inc., et al., Case

9    No. C-04-3009-JSW (filed on July 26, 2004) published a notice of pendency of action on Business

10   Wire as required by Section 21D(a)(3)(A) of the Exchange Act;

11   WHEREAS, pursuant to Section 21D(a)(3) of the Exchange Act, any purported class member

12   desiring to be appointed lead plaintiff was required to have filed such a motion by September 24,

13   2004; and

14   WHEREAS, putative class member Chuo Zhu has moved, pursuant to Section 21D(a)(3) of

15   the Exchange Act for appointment as lead plaintiff, for approval of Schiffrin & Barroway, LLP as

16   lead counsel for plaintiffs and the class, and Green ~~& Jigarjian~~ Welling, LLP as liaison counsel for plaintiffs

17   and the class.

18   WHEREFORE, IT IS HEREBY ORDERED as follows:

19   1.    Chuo Zhu is the most adequate plaintiff and is appointed Lead Plaintiff for the Class

20   in this action and any subsequently consolidated or related actions to represent the Class.

21   2.    Lead plaintiff's selection of lead counsel and liaison counsel for plaintiff and the Class

22   is hereby approved.  The law firm of Schiffrin & Barroway, LLP is appointed as Lead Counsel and

23   the law firm of Green ~~& Jigarjian~~ Welling, LLP is appointed as Liaison Counsel pursuant to Section

24   21D(a)(3)(B)(v) of the Exchange Act.

25   3.    Lead Counsel shall have the authority to speak for all plaintiffs and class members

26   in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion

27   practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate

28

1    the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

2    Additionally, lead counsel shall have the following responsibilities:

3              a.      to brief and argue motions;

4              b.      to initiate and conduct discovery, including, without limitation, coordination

5    of discovery with defendants' counsel, the preparation of written interrogatories, requests for

6    admissions, and requests for production of documents;

7              c.      to direct and coordinate the examination of witnesses in depositions;

8              d.      to act as spokesperson at pretrial conferences;

9              e.      to call and chair meetings of plaintiffs' counsel as appropriate or necessary

10   from time to time;

11             f.      to initiate and conduct any settlement negotiations with counsel for

12   defendants;

13             g.      to provide general coordination of the activities of plaintiffs' counsel and to

14   delegate work responsibilities to selected counsel as may be required in such a manner as to lead to

15   the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

16             h.      to consult with and employ experts;

17             i.      to receive and review periodic time reports of all attorneys on behalf of

18   plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and

19   to determine and distribute plaintiffs' attorneys' fees; and

20             j.      to perform such other duties as may be expressly authorized by further order

21   of this Court.

22        4.      Lead counsel shall be responsible for coordinating all activities and appearances on

23   behalf of the Class and for disseminating notices and orders of this Court.

24        5.      No motion, application or request for discovery shall be served or filed, or other

25   pretrial proceedings initiated, on behalf of lead plaintiff, except through lead counsel.

26        6.      All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring

27   a response in less than 30 days shall be served upon lead counsel and defense counsel in PDF format

28

1   and emailed the day of filing with exhibits to follow by overnight mail service, telecopy, or hand

2   delivery.

3         7.     All other service shall take place by regular mail.

4         8.     Lead Counsel for the Class shall be available and responsible for communications to

5   and from the Court.

6         9.     Defendants' counsel may rely upon all agreements made with lead counsel, or other

7   duly authorized representatives of lead plaintiff.

8         10.    This Order shall apply to each case subsequently filed in this Court or transferred to

9   this Court, unless a party objecting to the consolidation of such case or to any other provision of this

10  Order files within ten (10) days after the date upon which a copy of this Order is mailed to counsel

11  for such party, an application for relief from this Order or any provision herein and this Court deems

12  it appropriate to grant such application.

13        IT IS SO ORDERED.

14

15  DATED:  December 22, 2004        /s/ Jeffrey S. White
                                        UNITED STATES DISTRICT JUDGE

16

17  Submitted by:
    Robert S. Green (State Bar No. 136183)

18  GREEN & JIGARJIAN, LLP
    235 Pine Street, 15th Floor

19  San Francisco, CA 94104
    Telephone: (415) 477-6700

20  Facsimile: (415) 477-6710

21  [Proposed] Liaison Counsel

22  Stuart L. Berman
    Darren J. Check

23  Sean M. Handler
    SCHIFFRIN & BARROWAY, LLP

24  Three Bala Plaza East, Suite 400
    Bala Cynwyd, PA 19004

25  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056

26  [Proposed] Lead Counsel

27

28