BORIS FELDMAN, State Bar No. 128838
NINA F. LOCKER, State Bar No. 123838
JOHN P. STIGI III, State Bar No. 208342
CLAUDIA N. MAIN, State Bar No. 212200
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: Boris.Feldman@wsgr.com;
nlocker@wsgr.com; jstigi@wsgr.com;
cmain@wsgr.com

Attorneys for Defendants
SALESFORCE.COM, INC., MARC R.
BENIOFF, and STEVE CAKEBREAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SALESFORCE.COM, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. C-04-3009 JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING ON MOTION TO DISMISS** |

STIPULATION AND [PROPOSED] ORDER,
CASE NO. C-04-3009 JSW

C:\NrPortbl\PALIB1\MSMI\2649967_1.DOC

| | |
|---|---|
| 1 | WHEREAS, on April 14, 2005, defendants salesforce.com, inc., Marc R. Benioff and Steve Cakebread filed a Motion to Dismiss the Consolidated and Amended Class Action Complaint (the "Motion to Dismiss"); |
| 4 | WHEREAS, in accordance with this Court's Civil Local Rules and Standing Orders, defendants set the hearing of the Motion to Dismiss for August 5, 2005; |
| 6 | WHEREAS, following the April 15, 2005 case management conference in this case, the Court entered a Minute Order (a) permitting plaintiffs to file an amended and superseding complaint ("amended complaint") and defendants to file an amended and superseding motion to dismiss the amended complaint, and (b) retaining the August 5, 2005 hearing date for the amended and superseding motion to dismiss; |
| 11 | WHEREAS, on April 22, 2005, plaintiffs filed a Corrected and Superceding First Amended Class Action Complaint ("AC"); |
| 13 | WHEREAS, by Clerk's Notice dated April 27, 2005, the Court *sua sponte* moved the hearing date of the Motion to Dismiss to August 12, 2005 at 1:30 p.m. |
| 15 | WHEREAS, due to preexisting family obligations, counsel for defendants is not available for a hearing on August 12, 2005; |
| 17 | WHEREAS, counsel for the parties have met and conferred and agreed to a mutually acceptable hearing date of August 26, 2005; and |
| 19 | WHEREAS, counsel for defendants has confirmed with the Court that August 26, 2005 is an open hearing date on Judge White's calendar. |

STIPULATION AND [PROPOSED] ORDER, -1- C:\NrPortbl\PALIB1\MSM\2649967_1.DOC
CASE NO. C-04-3009 JSW

| | |
|---|---|
| 1 | NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and between the |
| 2 | undersigned counsel of record for the parties herein, that the hearing on defendants' motion to |
| 3 | dismiss the AC shall be set for August 26, 2005, at 1:30 p.m., subject to the Court's approval. |

Dated: April 28 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John P. Stigi III
    John P. Stigi III
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
SALESFORCE.COM, INC., MARC R. BENIOFF and STEVE CAKEBREAD

Dated: April 28, 2005

GREEN WELLING LLP

By: /s/ Robert S. Green
    Robert S. Green
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

David Kessler
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

    I, John P. Stigi III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45, X.B., I hereby attest that Robert S. Green has concurred in this filing.

By: /s/ John P. Stigi III
    John P. Stigi III

\*    \*    \*

[PROPOSED ORER FOLLOWS ON NEXT PAGE]

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   | Pursuant to the Stipulation of the parties herein, the hearing on defendants' motion to |
| 3   | dismiss the Corrected and Superceding First Amended Class Action Complaint shall be set for |
| 4   | August 26, 2005, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building and |
| 5   | Courthouse, 450 Golden Gate Avenue, San Francisco, California. |
| 6   | IT IS SO ORDERED. |
| 7   | Dated:   April 29, 2005                                       /s/ Jeffrey S. White |
| 8   |                                                                         HON. JEFFREY S. WHITE |
|     |                                                                         UNITED STATES DISTRICT JUDGE |