1

2

3

4

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10   _____

11   IN RE SALESFORCE.COM, INC.
      SECURITIES LITIGATION

12   _____

13   This Document Relates To:

14   ALL ACTIONS

15

16   _____

| ) Master File No. C-04-3009-JSW |
| ) |
| ) **[PROPOSED] ORDER GRANTING** |
| ) **PLAINTIFFS' MOTION FOR** |
| ) **ADMINISTRATIVE RELIEF TO** |
| ) **EXTEND PAGE LIMITATIONS** |

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN RELIEF TO EXTEND PAGE LIMIT
Master File No. C-04-3009-JSW

1   Lead Plaintiff Zhu has filed a Motion for Administrative Relief to Extend the Page

2   Limitation.

3   This Court finds that an extension of the page limitation of Lead Plaintiff's Opposition to

4   Defendants' Motion to Dismiss not to exceed ~~35~~ pages is appropriate in order for Lead Plaintiff

5   to properly address the issues raised in Defendants' Amended Notice of Motion and Motion to

6   Dismiss Plaintiff's Corrected and Superceding [SIC] First Amended Class Action Complaint.

7   Accordingly, this Court GRANTS Plaintiffs' Motion for Administrative Relief to Extend

8   Page Limitations, and Lead Plaintiff's Opposition to Defendants' Motion to Dismiss shall not

9   exceed ~~35~~ pages.
        30
         ^

10

11   Dated:   __June 10, 2005__          /s/ Jeffrey S. White
                                         _____
                                         The Honorable Jeffrey S. White
12                                       United States District Court

13

14   Submitted by:

15   Robert S. Green (State Bar No. 136183)
     **GREEN WELLING LLP**
16   235 Pine Street, 15th Floor
     San Francisco, CA 94104
17   Telephone:   (415) 477-6700
     Facsimile:   (415) 477-6710
18   Email:  rsg@classcounsel.com

19   Liaison Counsel for Plaintiffs

20   David Kessler (dkessler@sbclasslaw.com)
     Andrew L. Zivitz *(Admitted Pro Hac Vice)* (azivitz@sbclasslaw.com)
21   Trevan Borum *(Admitted Pro Hac Vice)* (tborum@sbclasslaw.com)
     **SCHIFFRIN & BARROWAY, LLP**
22   280 King of Prussia Road
     Radnor, PA 19087
23   Telephone:  (610) 667-7706
     Facsimile:  (610) 667-7056
24
     Lead Counsel for Plaintiffs
25

26

27

28

prop-order-extend page.wpd

[~~PROPOSED~~] ORDER GRANTING ADMIN RELIEF TO EXTEND PAGE LIMIT
Master File No. C-04-3009-JSW                                          1