Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: cand.uscourts@classcounsel.com

Liaison Counsel for Plaintiffs

David Kessler (dkessler@sbclasslaw.com)
Andrew L. Zivitz (azivitz@sbclasslaw.com)
Trevan Borum (tborum@sbclasslaw.com)
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SALESFORCE.COM, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-04-3009-JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS MOTION TO FILE A SURREPLY** |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS MOTION TO FILE A SURREPLY
Master File No. C-04-3009-JSW

Plaintiffs request that this Court grant permission to file a sur-reply in further support if its opposition to Defendants' Motion to Dismiss.

This Court finds that is appropriate to allow Plaintiffs to file a sur-reply in further support if its opposition to Defendants' Motion to Dismiss. The sur-reply must not exceed five (5) pages and is limited to the issues raised for the first time in Defendants' reply brief. Plaintiffs' must file and serve the sur-reply on or before August 10, 2005.

Accordingly, this Court GRANTS Plaintiffs' request to file a sur-reply.

Date: August 3, 2005

*Jeffrey S. White*
The Honorable Jeffrey S. White
US District Court Judge

Submitted By:

Robert S. Green
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison Counsel for Plaintiffs

David Kessler
Andrew L. Zivitz *(Admitted Pro Hac Vice)*
Trevan Borum *(Admitted Pro Hac Vice)*
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs