**United States District Court**

For the Northern District of California

1    The parties shall have 20 minutes to address the following questions:

2         (1)    How can Defendants be liable under Section 10(b) of the Securities Exchange
3    Act for failure to disclose an internal forecast when the actual results for the
relevant fiscal year demonstrate that investors were not, in fact, misled by the
4    company's nondisclosure?  How does the omission "affirmatively create an
impression of a state of affairs that differs in a material way from the one that
5    actually exists"?  *See Brody v. Transitional Hospitals Corp.*, 280 F.3d 997, 1006
(9th Cir. 2002).

6         (2)    On what basis in the complaint do Plaintiffs allege a cause of action for insider
7    trading?  Are plaintiffs alleging that the initial public offering was essentially the
corporation trading in its own stock with nondisclosed inside information?  *See
8    Shaw v. Digital Equipment Corp.*, 82 F.3d 1194, 1203-04 (1st Cir. 1996).  Do
Defendants contend that there is no viable insider trading claim only on the basis
that Plaintiffs are not contemporaneous traders?

9    

10        (3)    Do the parties have anything further to add?

11   

12   **IT IS SO ORDERED.**

13   

14   Dated:  August 24, 2005

15   JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28   

2