United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

SALESFORCE.COM
SECURITIES LITIGATION

No. C 04-03009 JSW

**ORDER RE JURISDICTION
DENYING PENDING MOTIONS**

_____/

Now before the Court is the motion filed by Defendants salesforce.com, inc. (the "Company"), Marc R. Benioff and Steve Cakebread (collectively, "Defendants") to strike Plaintiffs' motion for leave to file a motion for reconsideration.[1]  The Court finds Defendants' motion appropriate for decision without oral argument and hereby VACATES the hearing set for March 3, 2006.  *See* Civil L.R. 7-1(b).

Simultaneous with their filing a motion for leave to file a motion for reconsideration with this Court, Plaintiffs filed a notice of appeal of this Court's Order dated December 22, 2005 dismissing all claims with prejudice to the Ninth Circuit Court of Appeals.  By filing their notice of appeal, Plaintiffs at once conceded that the order upon which they were seeking appellate review was a final, appealable order, and also divested this Court of jurisdiction to hear Plaintiffs' pending motion.

---

[1] Plaintiffs' motion for reconsideration is not currently set for hearing and has been recast by virtue of Plaintiffs' opposition to Defendants' motion to strike as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e).

1      In the interim, the Ninth Circuit Court of Appeals, faced with Plaintiffs' motion to stay

2  the appellate proceedings filed concurrently with their notice of appeal, issued an order dated

3  February 9, 2006 indicating that this Court no longer has jurisdiction to consider the pending

4  motion to review its own order of dismissal.  (*See* Second Supplemental Declaration of

5  Reginald S. Thompson, Ex. A.)

6      Finding that this Court lacks jurisdiction to hear the pending motions before it, the Court

7  HEREBY DENIES Defendants' motion to strike and Plaintiffs' motion for reconsideration

8  (recast as a motion to alter or amend the judgment).

9

10     **IT IS SO ORDERED.**

11

12  Dated:  March 1, 2006

13                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2