**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

SALESFORCE.COM
SECURITIES LITIGATION

No. C 04-03009 JSW

**ORDER DENYING MOTION FOR CERTIFICATION FOR LIMITED REMAND**

_____/

Now before the Court is the motion filed by Lead Plaintiff Chuo Zhu for certification for limited remand. The Court finds the present motion appropriate for decision without oral argument and hereby VACATES the hearing set for April 7, 2006. *See* Civil L.R. 7-1(b). Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Plaintiff's motion. The Court does not find good cause to reconsider its ruling in the order dated December 22, 2005 granting Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE